# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jennifer Lynn Brightwell a/k/a Jennifer Lynn Norcutt, | ) | Case No. 1:15-cr-156 |
| | ) | |
| Defendant. | ) | |

The record reflect that defendant appeared in the District of Arizona on a petition for action on her conditions of pretrial release and, following a hearing on August 12, 2016, was released by the district court on her previously imposed conditions with the additional condition of electronic monitoring. See Docket No. 103-4. This court **ADOPTS** and continues the amended conditions of release imposed on defendant by the district court in Arizona.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2016.

                                                    */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court