**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jennifer Lynn Brightwell, a/k/a Jennifer | ) | |
| Lynn Norcutt, | ) | Case No.  1:15-cr-156 |
| | ) | |
| Defendant. | ) | |

On April 4, 2017, defendant appeared in the District of Arizona before Magistrate Judge Michelle H.  Burns on a petition filed in the above-entitled action for revocation of her pretrial release.  She was ordered detained pending an identity hearing, which she later waived, and pretrial release revocation hearing. On April 10, 2017, she appeared before Judge Bridget S.  Bade, who ordered her detained pending transport to North Dakota for a pretrial release violation hearing.  Later that same day she appeared before Chief Judge Hovland via video entered a guilty to the offense charged in Count Three of the Indictment.  Her sentencing hearing is currently scheduled for July 24, 2017, at 9:00 a.m. before Chief Judge Hovland.

On May 31, 2017, the parties filed a "Stipulation to Modify Detention Order and Conditions of Pretrial Release."  Therein they stated that defendant is  to the conditional release of defendant to residential reentry center in either Bismarck or Mandan, North Dakota, once space becomes available.

Pursuant to the parties' stipulation, the court shall place defendant on the waiting list for a residential facility placement.  The court may, by separate order, conditionally release defendant to a residential facility when space becomes available.  In the interim, defendant shall remain in

custody.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2017.

_/s/ Charles S.  Miller, Jr._____
Charles S.  Miller, Jr., Magistrate Judge
United States District Court